**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6455**

———————————

WILLIAM L. CRAWFORD,

Plaintiff - Appellant,

versus

GARY MAYNARD, Director, South Carolina
Department of Corrections; WILLIAM D. CATOE,
Former Director, South Carolina Department of
Corrections; THOMAS BYRNE, Doctor, Allendale
Correctional Institution; STEVEN MIRES; STEVEN
RAWLS, LPN; NURSE GREEN; L. TERRY, Corporal,
Correctional Officer; CLASSIFICATION WORKER
MILLER; GERALDINE MIRO, Warden; CINDY SANDERS,
LPN; PRAVIN R. PATEL, MD, Allendale
Correctional Institution; BARBARA SKEEN,
Director, Division of Professional Standards;
WILLIE EAGLETON, Warden, Evans Correctional
Institution; SCOTT JOHNSON, Inmate Grievance
Coordinator; JANICE PHILLIPS, Medical
Grievance Administrator; GAIL FRICKS; B. J.
HICKS, Medical Technician, Evans Correctional
Institution; JANE RAINWATER, Transportation
Officer; JANE DOE 1, Nurse, Evans Correctional
Institution on 11/3/00; JANE DOE #2, Nurse,
Evans Correctional Institution on 11/3/00;
MEDICAL STAFF, Evans Correctional Institution,
Infirmary on 11-27-00; DONNA DAVIS, Medical
Records Technician, Evans Correctional
Institution; RICHARD FOSTER, Headquarters
Grievance Officer; CORRECTIONAL MEDICAL
SYSTEMS, formerly known as Health Care
Services Corporation, d/b/a J. Glenn Alewine
MD; DAVID TATARSKY, Deputy General Counsel;
CAROL W. BURNETTE, MD, Perry Correctional
Institution; DOTIE ADAMS, Nurse, Perry
Correctional Institution; JANE DOE #3, Medical

Staff on 8-31-01, 11:30 am; JOHN DOE #3,
Medical Staff on 8-31-01, 11:30 am,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  C. Weston Houck, Senior District
Judge.  (CA-01-4335-6)

———————————

Submitted: August 27, 2004          Decided:  September 29, 2004

———————————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William L. Crawford, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William L. Crawford appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. "No action shall be brought with respect to prison conditions . . . by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a) (2000). We find no abuse of discretion in the district court's dismissal of the complaint without prejudice to allow Crawford an opportunity to exhaust his administrative remedies, as required by § 1997e(a). Accordingly, we affirm the district court's order. We deny Crawford's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED